07cv1788 order
7-13-10

FILED
2010 JUL 13 A 10: 25

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **EDIBLE ARRANGEMENT INTERNATIONAL, INC.,** | ) ) ) 3:07-cv-1788 (WWE) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| **INCREDIBLE FRANCHISE CORPORATION,** | ) ) ) |
| Defendant. | ) |

**ORDER ON MOTION FOR RECONSIDERATION**

In this action, plaintiff Edible Arrangements International, Inc. alleged that Incredible Franchise Corporation was liable to it for tortious interference with contractual relations, tortious interference with business relationships and expectancies, unjust enrichment, unfair competition, statutory theft and violation of the Connecticut Uniform Trade Secrets Act ("CUTSA") and the Connecticut Unfair Trade Practices Act ("CUTPA"). In a ruling dated May 25, 2010, this Court denied a motion for punitive damages. Plaintiff now moves for reconsideration of that ruling.

The standard for granting a motion for reconsideration is strict. See <u>Shrader v. CSX Transp., Inc.</u>, 70 F.3d 255, 257 (2d Cir. 1995). A motion for reconsideration permits the court "to correct manifest errors of law or fact or to consider newly discovered evidence . . . ." <u>LoSacco v. City of Middletown</u>, 822 F. Supp. 870, 876-77 (D. Conn. 1993), <u>aff'd</u>, 33 F.3d 50 (2d Cir. 1994). In the abundance of caution, the Court

1

hereby GRANTS the motion for reconsideration [doc. #188]. However, upon review, the Court adheres to its previous decision denying an award of punitive damages.

_____
Warren W. Eginton
Senior United States District Judge

Dated this 13th day of July, 2010 at Bridgeport, Connecticut.