UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EDIBLE ARRANGEMENTS
INTERNATIONAL, INC.,

      v.                                                                 3:07CV1788(WWE)

INCREDIBLE FRANCHISE
CORPORATION.

## J U D G M E N T

      This matter came on before a jury and the Honorable Warren W. Eginton, Senior United States District Judge. On April 15, 2010, after deliberation, the jury returned a verdict in favor of the plaintiff Edible Arrangements International, Inc. against the defendant Incredible Franchise Corporation. On April 26, 2010, a Motion for Award of Punitive Damages was filed. On May 25, 2010 a Memorandum of Decision was filed denying the motion for award of damages .

      Therefore, it is ORDERED and ADJUDGED that judgment is entered for the plaintiff Edible Arrangements International, Inc. against defendant Incredible Franchise Corporation in the amount of $150,000.00 and the case is closed.

      Dated at Bridgeport, Connecticut, this 14th day of July, 2010.

                              ROBERTA D. TABORA, Clerk

                              By        /s/       
                                  Deborah A. Candee
                                  Deputy Clerk

Entered on Docket _____